# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED FEBRUARY 21, 2014

### NO. 03-13-00592-CV

**Sam's Motors, LLC and Samer Yacoub, Appellants**

**v.**

**Shakil Choudhury, Appellee**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on July 12, 2013. Having reviewed the record, the Court holds that Sam's Motors, LLC and Samer Yacoub have not prosecuted their appeal and that the appeal is therefore subject to dismissal. The Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.